UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JAMESETTA LELAND                    CIVIL ACTION NO. 13-0111

VERSUS                              JUDGE S. MAURICE HICKS, JR.

ELIZABETH FOOTE                     MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 1st day of April, 2013.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE